DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMOTHY HANNA,**
Appellant,

v.

**NOVA SOUTHEASTERN UNIVERSITY, INC.,**
Appellee.

No. 4D22-957

[May 25, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. CACE16-004522.

Roy D. Wasson of Wasson & Associates, Chartered, Miami, for appellant.

Richard A. Beauchamp and Paul Buckley of Panza, Maurer & Maynard, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***